NORRIS GRAIN COMPANY, Limited, Ogilvie Flour Mills Company, Limited, and Minister of War Transport of the United Kingdom of Great Britain, Claimants-Appellants, v. PIONEER STEAMSHIP COMPANY, Petitioner-Appellee.

James McLAREN, Respondent-Appellant, v. PIONEER STEAMSHIP COMPANY, Libelant-Appellee.

Nos. 10498, 10499.

United States Court of Appeals
Sixth Circuit.

Oct. 12, 1948.

Don C. Miller, Francis B. Kavanagh, and Johnson, Branand & Jaeger, all of Cleveland, Ohio, and Thos F. McGovern, of Washington, D. C., for appellants.

Leckie, McCreary, Schlitz & Hinslea, of Cleveland, Ohio, for appellee.

Before ALLEN, MARTIN, and MILLER, Circuit Judges.

PER CURIAM.

This cause came on to be heard on the record and on the briefs and oral arguments of attorneys for the contending parties; and it appearing that the findings of fact of the district court are based upon substantial evidence from which are drawn correct conclusions of law and that neither the findings nor conclusions are clearly erroneous and that the reasoning of the district court in its opinion is logical and sound, the decree of the district court is affirmed.

Ernest Lawrence PAPORELLO v. UNITED STATES of America.

No. 3696.

United States Court of Appeals
Tenth Circuit.

Sept. 10, 1948.

Philip H. Dunleavy and Joe L. Martinez, both of Albuquerque, N. M., for appellant.

Everett M. Grantham, U. S. Atty., of Santa Fe, N. M., for appellee.

Before PHILLIPS, Chief Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed on motion of appellant.

TAKASABURO SEKINO et al. v. Tom C. CLARK et al.

No. 3517.

United States Court of Appeals
Tenth Circuit.

Sept. 13, 1948.

A. L. Wirin and Fred Okrand, both of Los Angeles, Cal., and Warwick C. Lamoreaux, of Salt Lake City, Utah, for appellants.

Dan B. Shields, U. S. Atty., and Scott M. Matheson and O. K. Clay, Asst. U. S. Atty., all of Salt Lake City, Utah, for appellee.

Before BRATTON, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellants.